**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Michael SASSNETT, Defendant-Appellant.**

**No. 16-12356**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(November 3, 2017)

R. Brian Tanner, James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Nancy Greenwood, Patricia Green Rhodes, U.S. Attorney's Office, Augusta, GA, for Plaintiff-Appellee

Michael Sassnett, RRM Atlanta, Residential Reentry Office, Atlanta, GA, for Defendant-Appellant

Before MARCUS, WILSON and JORDAN, Circuit Judges.

PER CURIAM:

Brendan Fleming, appointed counsel for Michael Sassnett in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sassnett's conviction and sentence are **AFFIRMED**.